IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMIE MINOR,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4960

Opinion filed August 16, 2016.

An appeal from the Circuit Court for Duval County.
Russell L. Healey, Judge.

Jamie Minor, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Donna A. Gerace, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

The denial of Appellant's motion to withdraw plea is affirmed without prejudice to the filing of a motion pursuant to rule 3.850, Florida Rules of Criminal Procedure, to raise her claims regarding misadvice or misrepresentation by counsel.

AFFIRMED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., CONCUR.